# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTIAN SIBERIO-RIVERA | CRIMINAL ACTION<br>NO. 17-00320-6 |

## ORDER

**AND NOW**, this 15th day of December 2020, upon consideration of Christian Siberio-Rivera's Motion for Release (ECF No. 367) and the Government's Response (ECF No. 372), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.