# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION<br>NO. 17-320-6 |
| CHRISTIAN SIBERIO-RIVERA | |

## ORDER

AND NOW, this 8th day of July, 2022, upon consideration of Christian Siberio-Rivera's *pro se* Motion for Reconsideration (ECF 398) and the Government's Response (ECF 401), and consistent with the accompanying Memorandum of Law, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.